In the Matter of the Estate of MARY T. DE FOREST, Deceased. JOHN J. GALLOGLY et al., as Executors, Appellants; MARY M. DE FOREST et al., Respondents.

*Matter of De Forest*, 119 App. Div. 782, affirmed.
(Argued September 30, 1907; decided October 15, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 8, 1907, which affirmed an order of the Rensselaer County Surrogate's Court directing the executors to pay the respondents herein certain sums of money claimed to be due under an agreement made with the testatrix.

*John H. Burke* and *John B. Holmes* for appellants.

*Arthur L. Andrews* and *Charles F. Bridge* for respondents.

Order affirmed, with costs payable out of estate; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.